JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY EDWARD LYLES, | ) Case No. CV 19-4539-CAS (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| ALEX VILLANUEVA, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 16, 2019

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE